1   SALVATORE SCIANDRA, Bar No. 58256
    Law Offices of Salvatore Sciandra
2   2300 Tulare Street, Suite 230
    Fresno, California  93721
3   Telephone:  559.233.1000
    Facsimile:  559.233.6044
4   E-Mail:  salsciandra@sbcglobal.net

5   Attorneys for Defendant, MEGAN BALOD

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA          )    CASE NUMBER: 1:10-CR-00016-OWW
                                      )
11                 Plaintiff,         )
                                      )    STIPULATION AND ORDER FOR
12  v.                                )    MODIFICATION OF PRE-TRIAL
                                      )    SUPERVISION ORDER
13  MEGAN BALOD,                      )
                   Defendant.         )
14  _____   )

15          The Court having previously ordered defendant MEGAN BALOD to report to the Pre-Trial

16  Services Officer in the Eastern District of Virginia on or before February 1, 2010.

17          **IT IS HEREBY STIPULATED** by and between the parties that this court's referral to Pre-

18  Trial Services for supervision be rescinded and the defendant, MEGAN  BALOD remain out of

19  custody on her own recognizance and that she confine her presence and residence to either the Eastern

20  District of California or the State of Virginia and not in any other places except for travel back and

21  forth to court appearances in the Eastern District of California, Fresno Division.

22                                         Respectfully submitted,

23

24  DATED:  January 27, 2010             /s/   Salvatore Sciandra
                                         SALVATORE SCIANDRA
25                                       Attorney for Defendant,
                                         MEGAN BALOD
26

27  DATED:  January 27, 2010             /s/   Kirk Sherriff
                                         KIRK SHERRIFF
28                                       Assistant United States Attorney

1

2 IT IS SO ORDERED.

3 **Dated:    January 28, 2010**             _____/s/ Oliver W. Wanger_____
                                            UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28