```
BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
STANLEY A. BOONE
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-0016 OWW |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING SENTENCING HEARING |
| v. | ) Old Date: July 12, 2010<br>) Old Time: 1:30 p.m. |
|  | ) **New Date: November 29, 2010**<br>) **New Time: 1:30 p.m.** |
| MEGAN BALOD, | ) **Court:    Three**<br>)    **(Hon. Oliver W. Wanger)** |
| Defendant. | ) |

Defendant Megan Balod pleaded guilty on January 25, 2010 to the Information filed in this case. Sentencing is currently set for July 12, 2010, at 1:30 p.m.

To allow additional time for Ms. Balod to fulfill her obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from July 12, 2010 to November 29, 2010, at 1:30 p.m., or the earliest date thereafter that is convenient to the

Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

                                      Respectfully submitted,

Dated:  June 23, 2010         BENJAMIN B. WAGNER
                                     United States Attorney

                             By:  /s/ Kirk E. Sherriff
                                 KIRK E. SHERRIFF
                                 STANLEY A. BOONE
                                 Assistant U.S. Attorneys

Dated:  June 23, 2010         /s/ Salvatore Sciandra
                                 (as authorized on 6/22/10)
                                 SALVATORE SCIANDRA
                                 Attorney for Defendant
                                 MEGAN BALOD

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from July 12, 2010 to November 29, 2010, at 1:30 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   June 24, 2010**                /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE