BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-00016 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) ) | Old Date: Nov. 29, 2010<br>Old Time: 1:30 p.m. |
| MEGAN BALOD, | ) ) ) | **New Date: April 18, 2011**<br>**New Time: 1:30 p.m.**<br>**Court:     Three** |
| Defendant. | ) ) ) | **(Hon. Oliver W. Wanger)** |

Defendant Megan Balod pleaded guilty on January 25, 2010 to the Information filed in this case.  Sentencing is currently set for Nov. 29, 2010, at 1:30 p.m.

To allow additional time for Ms. Balod to fulfill her obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from Nov. 29, 2010 to April 18, 2011, at 1:30 p.m., or the earliest date thereafter that is convenient to the Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-

Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

```
                                     Respectfully submitted,

Dated:  Nov. 17, 2010                BENJAMIN B. WAGNER
                                     United States Attorney


                                By: /s/ Kirk E. Sherriff
                                     STANLEY A. BOONE
                                     KIRK E. SHERRIFF
                                     Assistant U.S. Attorneys

Dated:  Nov. 17, 2010                /s/ Salvatore Sciandra
                                     (as authorized on 11/17/10)
                                     SALVATORE SCIANDRA
                                     Attorney for Defendant
                                     MEGAN BALOD
```

### ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from Nov. 29, 2010 to April 18, 2011, at 1:30 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   November 18, 2010**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE