1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,          )   CASE NO.: 1:10-cr-0016 LJO
11                                     )
                  Plaintiff,           )   STIPULATION AND
12                                     )   ORDER CONTINUING SENTENCING
                                       )   HEARING
13                                     )
          v.                           )   Old Date:  Oct. 21, 2011
14                                     )   Old Time:  9:00 a.m.
                                       )
15                                     )   **New Date:  April 20, 2012**
   MEGAN BALOD,                        )   **New Time:  9:00 a.m.**
16                                     )   **Court:     Four**
                  Defendant.           )     **(Hon. Lawrence J. O'Neill)**
17                                     )
                                       )
18 _____

19

20

21      Defendant Megan Balod pleaded guilty on January 25, 2010 to the

22 Information filed in this case.  Sentencing is currently set for

23 October 21, 2011, at 9:00 a.m.

24      This case is related to the pending case U.S. v. David Crisp, et

25 al. (No. 1:11-cr-0026 LJO), which the Court has designated as

26 complex.  The present case concerns transactions or events related to

27 the scheme and artifice to defraud mortgage loan companies and

28 federally insured lending/financial institutions that is charged in

_____
          Stipulation & [Proposed] Order Continuing Sentencing Hearing

1   U.S. v. David Crisp, et al., and it is anticipated that Ms. Balod may
2   be called as a witness in that case.
3        To allow additional time for Ms. Balod to fulfill her
4   obligations under the plea agreement in this case, the parties hereby
5   stipulate and jointly request that the Court order that the
6   sentencing hearing in this case be continued for six months, from
7   Oct. 21, 2011 to April 20, 2012, at 9:00 a.m., or the earliest date
8   thereafter that is convenient to the Court.  The parties further
9   stipulate and jointly request that the Court extend the deadline to
10  submit informal objections to the Pre-Sentence Report (PSR) to three
11  weeks prior to the continued sentencing date, and extend the deadline
12  to file formal objections to the PSR to one week prior to the
13  continued sentencing date.

14                                    Respectfully submitted,

15  Dated:  Sept. 28, 2011            BENJAMIN B. WAGNER
                                      United States Attorney
16

17                            By: /s/ Kirk E. Sherriff
                                  STANLEY A. BOONE
18                                KIRK E. SHERRIFF
                                  Assistant U.S. Attorneys
19

20

21  Dated:  Sept. 28, 2011            /s/ Salvatore Sciandra
                                      (as authorized on 9/28/11)
22                                    SALVATORE SCIANDRA

23                                    Attorney for Defendant
                                      MEGAN BALOD
24

25

26

27

28

_____

**ORDER**

    The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from Oct. 21, 2011 to April 20, 2012, at 9:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:    September 29, 2011              /s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE