BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:10-cr-00016 LJO |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | Old Date: April 23, 2012<br>Old Time: 8:30 a.m. |
| MEGAN BALOD, | **New Date: October 29, 2012**<br>**New Time: 8:30 a.m.**<br>**Court:     Four**<br>**(Hon. Lawrence J. O'Neill)** |
| Defendant. | |

Defendant Megan Balod pleaded guilty on January 25, 2010 to the Information filed in this case. Sentencing is currently set for April 23, 2012, at 8:30 a.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

1  U.S. v. David Crisp, et al., and it is anticipated that Ms. Balod may
2  be called as a witness in that case.
3      To allow additional time for Ms. Balod to fulfill her
4  obligations under the plea agreement in this case, the parties hereby
5  stipulate and jointly request that the Court order that the
6  sentencing hearing in this case be continued for six months, from
7  April 23, 2012 to October 29, 2012, at 8:30 a.m., or the earliest
8  date thereafter that is convenient to the Court.  The parties further
9  stipulate and jointly request that the Court extend the deadline to
10 submit informal objections to the Pre-Sentence Report (PSR) to three
11 weeks prior to the continued sentencing date, and extend the deadline
12 to file formal objections to the PSR to one week prior to the
13 continued sentencing date.

                                         Respectfully submitted,

Dated:  March 26, 2012                   BENJAMIN B. WAGNER
                                         United States Attorney


                                   By:   /s/ Kirk E. Sherriff
                                         STANLEY A. BOONE
                                         KIRK E. SHERRIFF
                                         Assistant U.S. Attorneys


Dated:  March 26, 2012                   /s/ Salvatore Sciandra
                                         (authorized on 3/26/12)
                                         SALVATORE SCIANDRA
                                         Attorney for Defendant
                                         MEGAN BALOD

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from April 23, 2012 to October 29, 2012, at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   March 28, 2012**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE