SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044
E-Mail:  salsciandra@sbcglobal.net

Attorneys for Defendant, MEGAN BALOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MEGAN BALOD, ) <br> Defendant. ) <br> _____ ) | CASE NUMBER: 1:10-CR-00016-LJO <br><br> STIPULATION AND ORDER PERMITTING OUT OF STATE TRAVEL |

The conditions of defendant MEGAN BALOD's pre-trial release restrict travel to within the State of Virginia and to the Eastern District of California, Fresno Division for court related purposes.

The parties hereby stipulate and jointly request that the Court enter an Order permitting Ms. BALOD to travel to her in-laws Mac & Patty Balod, 328 Sea Oats Trail, Southern Shores, North Carolina 27949 on July 22, 2012 through July 29, 2012 for a visit.

Respectfully submitted,

DATED:  July 16, 2012         /s/   Salvatore Sciandra
                              SALVATORE SCIANDRA
                              Attorney for Defendant,
                              MEGAN BALOD

DATED:  July 16, 2012         /s/   Kirk Sherriff
                              KIRK SHERRIFF
                              Assistant United States Attorney

/ / /

/ / /

**ORDER**

IT IS SO ORDERED.

Dated: **July 17, 2012**                    **/s/ Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE