```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MEGAN BALOD,<br><br>　　　　　　Defendant. | CASE NO.: 1:10-CR-0016 LJO<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING HEARING<br><br>Old Date: October 29, 2012<br>Old Time: 8:30 a.m.<br><br>**New Date: April 29, 2013**<br>**New Time: 8:30 a.m.**<br>**Court:　　Four**<br>　**(Hon. Lawrence J. O'Neill)** |

　　Defendant Megan Balod pleaded guilty on January 25, 2010 to the Information filed in this case.  Sentencing is currently set for October 29, 2012, at 8:30 a.m.

　　This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex.  The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

---

Stipulation & [Proposed] Order Continuing Sentencing Hearing

1  U.S. v. David Crisp, et al..

2       To allow additional time for Ms. Balod to fulfill her
3  obligations under the plea agreement in this case, the parties hereby
4  stipulate and jointly request that the Court order that the
5  sentencing hearing in this case be continued for six months, from
6  October 29, 2012 to April 29, 2013, at 8:30 a.m., or the earliest
7  date thereafter that is convenient to the Court.  The parties further
8  stipulate and jointly request that the Court extend the deadline to
9  submit informal objections to the Pre-Sentence Report (PSR) to three
10 weeks prior to the continued sentencing date, and extend the deadline
11 to file formal objections to the PSR to one week prior to the
12 continued sentencing date.

                                        Respectfully submitted,

Dated:  Oct. 10, 2012                   BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:  /s/ Kirk E. Sherriff
                                        STANLEY A. BOONE
                                        KIRK E. SHERRIFF
                                        HENRY Z. CARBAJAL III
                                        Assistant U.S. Attorneys


Dated:  Oct. 10, 2012                   /s/ Salvatore Sciandra
                                        (authorized on 10/10/12)
                                        SALVATORE SCIANDRA
                                        Attorney for Defendant
                                        MEGAN BALOD

_____
Stipulation & [Proposed] Order Continuing Sentencing Hearing
2

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from October 29, 2012 to April 29, 2013, at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   October 10, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE