1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  559-233-1000 (voice)
   559-233-6044 (facsimile)
4  E-Mail: salsciandra@sbcglobal.net

5  Attorneys for Defendant, MEGAN BALOD

6

7

8                       UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Case No. 1:10-CR-00016-LJO
                                       )
11            Plaintiff,               )
                                       )
12       v.                            )  STIPULATION AND ORDER
                                       )  PERMITTING TRAVEL
13  MEGAN BALOD,                       )
                                       )
14            Defendant.               )
                                       )
15  _____   )

16       The defendant MEGAN BALOD is released on O.R. with no pre-trial supervision with

17  travel restricted to within the State of Virginia and to the Eastern District of California, Fresno

18  Division for court related purposes.

19       The parties hereby stipulate and jointly request that the Court enter an Order permitting Ms.

20  BALOD to travel from Richmond, Virginia to Bakersfield, California.  She will be in Bakersfield

21  November 24 -29, 2013 and staying at her parent's home at 12403 Crown Crest Drive, Bakersfield,

22  California  93311.  She will be traveling out of the Eastern District and to the Central District on

23  November 30th and returning on December 2, 2013.  She will be traveling to Grover Beach

24  California.  She will be staying at 676 N. 12th Street, #20, Grover Beach, California  93433 from

25  November 30th to December 2, 2013 and she will return to Richmond, Virginia on December 4,

26  2013.

27  / / /

28  / / /

1   / / /

2        This has been stipulated to by the parties.

3                                                    Respectfully submitted,

4

5   DATED:  November 19, 2013           /s/  Salvatore Sciandra
6                                       SALVATORE SCIANDRA
                                        Attorney for Defendant,
7                                       MEGAN BALOD

8

9   DATED:  November 19, 2013           /s/  Kirk Sheriff
                                        KIRK SHERIFF
10                                      Assistant United States Attorney

11                            **ORDER**

12

13  IT IS SO ORDERED.

14

15      Dated:   **November 19, 2013**        **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28