1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL III
3  CHRISTOPHER D. BAKER
   Assistant United States Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for Plaintiff
7  United States of America

8

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-0016 LJO |
|---|---|
| Plaintiff, | STIPULATION & ORDER CONTINUING SENTENCING HEARING |
| v. | Old Sentencing Date: March 24, 2014 |
| MEGAN BALOD, | New Sentencing Date: June 2, 2014<br>Time: 8:30am<br>Court: Four |
| Defendant. | (Hon. Lawrence J. O'Neill) |

Defendant Megan Balod pleaded guilty on January 25, 2010 to the Information filed in this case. Sentencing is currently set for March 24, 2014, at 8:30 a.m. This case is related to the pending case U.S. v. Julie Farmer (No. 1:11-cr-0026 LJO), which the Court has designated as complex, and which is set for trial on April 8, 2014. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in U.S. v. Julie Farmer.

To allow additional time for Ms. Balod to fulfill her obligations under the plea agreement in this case, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from March 24, 2014 to June 2, 2014, at 8:30 a.m., or to the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to

submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

IT IS SO STIPULATED.

Dated:  March 6, 2014

                                                                   Respectfully Submitted,

                                                                     BENJAMIN B. WAGNER
                                                                     United States Attorney

/s/ Salvatore Sciandra
(authorized on 3/6/04)                              /s/ Kirk E. Sherriff
SALVATORE SCIANDRA                                  KIRK E. SHERRIFF
Attorney for defendant Megan Balod                  HENRY Z. CARBAJAL III
                                                                      CHRISTOPHER D. BAKER
                                                                     Assistant United States Attorneys

ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Megan Balod is continued to June 2, 2014, at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

    Dated:   **March 7, 2014**                              /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE